IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEONDRE WALKER,

        Petitioner,

vs.

STATE OF NEBRASKA,

        Respondent.

8:22CV433

**MEMORANDUM AND ORDER**

    Petitioner filed what the Court has docketed as a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 5. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 8; Filing No. 9), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

    IT IS THEREFORE ORDERED that:

    1. Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 5, is granted.

    2. Petitioner is reminded that he has until **January 30, 2023** to either withdraw his pleading, Filing No. 1, if he does not want this action to proceed as one brought pursuant to 28 U.S.C. § 2254 or to file an amended petition for writ of habeas corpus. See Filing No. 4. Failure to take either action will result in dismissal of this matter without prejudice and without further notice to Petitioner.

2

Dated this 26th day of January, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge

2